UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v | ) | CR495-00010-016 |
| | ) | |
| Tony Riley | ) | |

### ORDER

Pursuant to the mandate of the Eleventh Circuit Court of Appeals dated January 11, 2006, the Court hereby reimposes the original sentence on the above-named defendant. It is the order of this Court that the defendant, Tony Riley, is hereby committed to the custody of the Bureau of Prisons for a term of 292 months. The term and conditions of supervised release previously imposed remain unchanged.

The defendant is hereby ordered to surrender to the U.S. Marshals Service immediately for service of his sentence.

SO ORDERED, this 2 day of May, 2006.

_____
Judge, U.S. District Court