# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Tony Riley | ) Case No: CR495-00010-016 |
| | ) USM No: 08758-021 |
| Date of Previous Judgment: August 7, 1995 | ) James R. Gardner |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

FILED
U.S. DISTRICT COURT
BRU...

2008 MAR 12 A 9 22

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __292__ months **is reduced to** __235 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __40__          Amended Offense Level: __38__
Criminal History Category: __I__         Criminal History Category: __I__
Previous Guideline Range: __292__ to __365__ months   Amended Guideline Range: __235__ to __293__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __August 7, 1995,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 12, 2008__

_____
Judge's signature

Effective Date: _____
(if different from order date)

Judge, U.S. District Court
Printed name and title